# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW3 | 09904131 | VARNEY, S | V9134 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 6.25.2020  0052 | RCW 46.61.525 |

Place of Offense

41 st DIV / Biter Ave

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Negligent Driving 2nd Deg

Speed 82/35 mph                    6566

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| KELLOGG  PFC | Nathan | M |

Street Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BRS3701 | WA | 14 | Subaru | | Sil |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 250 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 280 Total Collateral Due |

#### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy.

*09904131*

CVB SCAN 07/08/2020 14:4

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 June, 2020 while exercising my duties as a law enforcement officer in the Western District of Washington

See attached

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/25/2020    Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/08/2020 14:4